UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cr-00123-JRS-MG |
| OCTAVIO VICENCIO, | ) ) | -03 |
| Defendant. | ) ) | |

**ENTRY VACATING FPTC AND TRIAL SETTING**

Defendant, Octavio Vicencio, has entered a petition to enter a plea of guilty [1090] in the above-referenced cause. Therefore, the November 17, 2025, trial and the October 30, 2025, final pretrial conference dates are hereby VACATED **as to this Defendant**. A hearing on defendant's Petition and the sentencing will be set by separate order. The U.S. Probation office shall prepare and file the presentence report.

Date: 6/30/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.